13 MAR 29 PM 1:46

DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| PAMELA CHYBA, | CASE NO. 12-CV-1721 BEN WVG |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT** |
| vs. | |
| FIRST FINANCIAL ASSET MANAGEMENT, INC. aka FFAM, | [ECF No. 21] |
| Defendant. | |

Presently before the Court is Plaintiff Pamela Chyba's Motion For Leave To Amend Original Complaint, filed March 14, 2013. ECF No. 21. Plaintiff seeks to make minor changes to her complaint related to the specific statutory violations being asserted. She has attached her proposed first amended complaint as an exhibit to the motion. ECF No. 21-3.

The scheduling order in this case set January 22, 2013 as the deadline to amend the pleadings. ECF No. 19. Once the court has filed a pretrial scheduling order pursuant to Federal Rule of Civil Procedure 16, that rule's standards control. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607-08 (9th Cir. 1992). Rule 16(b)(4) establishes that a scheduling order can be modified only on good cause and with the judge's consent. Because the proposed changes are minor, Defendant will not be prejudiced by the proposed modification. Indeed, Defendant indicated in an unrelated motion that it does not oppose the request. ECF No. 22. Accordingly,

1 | Plaintiff's request for leave to amend is **GRANTED**. The Clerk of Court shall file
2 | the proposed first amended complaint, which is attached as an exhibit to Plaintiff's
3 | motion (ECF No. 21-3) as Plaintiff's first amended complaint.

**IT IS SO ORDERED.**

DATED: 3/28/2013

HON. ROGER T. BENITEZ
United States District Court Judge